# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JOE PITTS

VERSUS

SAM'S EAST, INC., AND THE
OVERHEAD DOOR COMPANY OF
SHREVEPORT, INC.

NO.  2026 CW 0604

**JULY 13, 2026**

---

In Re:  Amerisure Insurance Company, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 683382.

---

**BEFORE:  THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.**

> **MRT**
> **WIL**
> **SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT